PATRICK H. LARNEY, Respondent, v. S. & I. LEFKOWITZ, INC., and NEVA WET CORPORATION OF AMERICA, INC., Appellants.— In an action brought to set aside certain transfers of property as fraudulent, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

SALLY LOUCRAFT, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— In an action to recover damages for personal injuries caused by the closing of side entrance doors of a trolley car upon the right arm of plaintiff, who was about to enter the car as a passenger, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

MICHAEL MCCUE, Respondent, v. JOSEPH WEINER, Appellant, and STEPHEN ANAS, Defendant.— Action to recover damages for personal injuries sustained by plaintiff through the alleged negligence of the defendant-appellant when plaintiff fell into an unguarded areaway in the public sidewalk adjacent to the building owned by the latter. A few minutes before the accident the door covering the areaway had been left open and in an unguarded condition by an employee of the appellant's tenant. Judgment was entered upon a verdict in favor of the plaintiff against the defendant-appellant for damages. An order denying the latter's motion for a new trial was entered. From that judgment and order defendant appeals. Judgment and order unanimously affirmed, with costs. The case of *Kirby* v. *Newman* (239 N. Y. 470), upon which appellant relies for reversal, is without application in this case, in which the only question of defendant owner's negligence submitted to the jury had relation to his alleged violation of a municipal ordinance which in effect required the thorough safeguarding of such an areaway when the doors thereof were open. The evidence amply supports the jury's finding of negligence, which is in accordance with law. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

MUNICIPAL INVESTORS, INC., Respondent, v. DUDLEY W. GOULDBOURNE, etc., and Others, Defendants, and FANNIE E. BANKS and ALICE SEACORD, as Surviving Executrices and Trustees under the Last Will and Testament of CHARLES G. BANKS, Deceased, Appellants.— In an action to foreclose transfers of tax liens, appeal by defendants Banks and Seacord from the order granting leave to serve a supplemental summons and amended complaint, from the order striking out appellants' answer and granting summary judgment to plaintiff, and from the judgment entered on the order. Judgment and orders unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

P. PASCAL, INC., Respondent, v. STEFANOS GUMAS, Also Known as STEVE GUMAN, Appellant.— Order of the County Court of Nassau county directing the judgment debtor to pay installments on account of judgment, pursuant to the provisions of section 793 of the Civil Practice Act, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.